522 A.2d 553

**LOUIS C. GLASSO, INC., a Pennsylvania Corporation, Patricia Glasso and Michael Glickstein, Appellants,**

v.

**Louis C. GLASSO, Jr., Charles M. Glasso, Yolanda Glasso Sweeney and Mame Steffish, Individually and as Trustee for Carman Glasso, a minor, Dante Glasso, a minor, and Luann Glasso, a minor.**

Supreme Court of Pennsylvania.

Argued March 9, 1987.

Decided March 23, 1987.

Joseph William Conway, Pittsburgh, for appellants.

Philip Baskin, Kenneth E. Lewis, Charles P. Falk, Baskin Flaherty Elliott & Mannino, P.C., Pittsburgh, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order affirmed.

LARSEN and ZAPPALA, JJ., dissent.